## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01213-NYW

TEJAS COUSIK,
TARIN ALLEN,
JAKE DOUGLAS,
ALEJO GONZALEZ,
JEREMY HEDLUND,
ROBERT HELMICK,
PHILLIP LOPEZ,
TYSON MCCORMICK,
MARK RONSENTHAL,
BRIANNE SANCHEZ,
EMMA SMEDBERG,
JAMES WILLIAMS,
MARIAH WOOD, and
ABIGAIL ZINMAN,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
PATRICK PHELAN,
CITY OF AURORA, COLORADO, and
AUSTIN RUNYON,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Tejas Cousik. Tarin Allen, Jake Douglas, Alejo Gonzalez, Jeremy Hedlund, Robert Helmick, Phillip Lopez, Tyson McCormick, Mark Rosenthal, Brianne Sanchez, Emma Smedberg, James Williams, Mariah Wood, and Abigail Zinman.

DATED: 5/27/2022

/s/ Makeba Rutahindurwa
Name of Attorney

Loevy & Loevy
Firm Name
311 N. Aberdeen St., 3rd Floor
Office Address
Chicago, IL 60607
City, State, ZIP Code
(312) 243-5900
Telephone Number
Makeba@loevy.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022 I served via CM/ECF the forgoing **Entry of Appearance** on all counsel of record:

/s/ Makeba Rutahindurwa