IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01213-NYW

TEJAS COUSIK,
TARIN ALLEN,
JAKE DOUGLAS,
ALEJO GONZALEZ,
JEREMY HEDLUND,
ROBERT HELMICK,
PHILLIP LOPEZ,
TYSON MCCORMICK,
MARK RONSENTHAL,
BRIANNE SANCHEZ,
EMMA SMEDBERG,
JAMES WILLIAMS,
MARIAH WOOD, and
ABIGAIL ZINMAN,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
PATRICK PHELAN,
CITY OF AURORA, COLORADO, and
AUSTIN RUNYON,

Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., enters his appearance on behalf of Defendants City and County of Denver and Patrick Phelan.

Dated this 14th day of June, 2022.

Respectfully submitted,

*s/ Andrew D. Ringel*              .
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:      303-628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS
CITY AND COUNTY OF DENVER AND
PATRICK PHELAN**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 14th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth C. Wang
Makeba Rutahindurwa
Loevy & Loevy-Boulder
2060 Broadway Street, Suite 460
Boulder, CO
Email: elizabethw@loevy.com
makeba@loevy.com
*ATTORNEYS FOR PLAINTIFFS*

Hollie Renee Birkholz
Jennifer Marie Johnson
Jeremy Christopher Tyrrell
Denver City and County Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
720-913-8072
Fax: 720-913-3190
Email: hollie.birkholz@denvergov.org
jennifer.johnson2@denvergov.org
jeremy.tyrrell@denvergov.org
*ATTORNEYS FOR DEFENDANTS*
*CITY AND COUNTY OF DENVER AND*
*PATRICK PHELAN*

> *s/Rebecca Walker*, Legal Assistant of
> Andrew D. Ringel