IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01213-NYW-KAS

TEJAS COUSIK et al.,

     Plaintiffs,

          v.

CITY AND COUNTY OF DENVER, COLORADO,

     Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(ii)

---

     Plaintiffs Tejas Cousik, Tarin Allen, Jake Douglas, Alejo Gonzalez, Jeremy Hedlund, Robert Helmick, Phillip Lopez, Tyson McCormick, Brianne Sanchez, Emma Smedberg, James Williams, Mariah Wood, and Abigail Zinman and Defendant City and County of Denver, Colorado, by and through their respective attorneys, hereby respectfully submit this Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with all parties to bear his, her or its own attorney's fees and costs.

Dated this 4th day of March, 2025.

Respectfully submitted,

s/ *Elizabeth Wang*          .

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiffs*

Jordan Poole
Maria A. Makar
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
poole@loevy.com
makar@loevy.com
*Counsel for Plaintiffs*

Faisal Salahuddin, Esq.
Nestor Legal, LLC
4535 N. Raleigh Street
Denver, Colorado 80212
faisal@nestorlawyers.com
*Counsel for Plaintiff James Williams*

s/ *Andrew D. Ringel*          .
Andrew D. Ringel
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
ringela@hallevans.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 4th day of March, 2025, a true and correct copy of the foregoing was filed by CM/ECF and was served on all counsel of record in this matter.

s/ Elizabeth Miller            .
Legal Assistant
Hall & Evans, L.L.C.